391 A.2d 675

Commonwealth v. John Valentine Brown, Appellant.

Submitted March 13, 1978. Allen H. Smith, for appellant; Floyd P. Jones, Assistant District Attorney, and John C. Uhler, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

391 A.2d 676

Commonwealth v. Joseph Brown, Appellant.

Argued March 29, 1978. John F. Pyfer, Jr., with him Allison, Weglarz & Pyfer, for appellant; Louise G. Herr, Assistant District Attorney, with her D. Richard Eckman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Appellant's claims of trial error are without merit. However, the judgment of sentence is vacated and the case is remanded for resentencing. The sentencing judge is instructed to file a statement of reasons for the sentence imposed. *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977); *Commonwealth v. Martin*, 466 Pa. 118, 351 A.2d 650 (1976); *Commonwealth v. Wertz*, 252 Pa.Super. 584, 384 A.2d 933 (1978).

PRICE and VAN der VOORT, JJ., dissented and would affirm.